STATE OF MONTANA,
          **Plaintiff,**                                **NO. DC 11821**

    **vs.**                                               **DECISION**

Jared M. Braun,
          **Defendant.**

On February 28, 1996, it was the judgment of the Court that Jared Braun be sentenced to a term of ten (10) years in the Montana State Prison in Deer Lodge, Montana for the offense of Assault, a Felony. Additionally, pursuant to Section 46-18-221(1), M.C.A., for the use of a dangerous weapon during the commission of this offense, the defendant is sentenced to ten (10) years in the Montana State Prison. Said sentence shall run consecutively with the sentence imposed. Defendant shall receive credit for time served at Missoula County Jail from October 14, 1995, through date of sentencing, February 28, 1996, in the amount of one hundred thirty-eight (138) days.

On May 24, 1996, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and proceeded Pro Se. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division provides: "The sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (Section 45-18-904(3), MCA.) The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 24th day of May, 1996.

DATED this 4th day of June, 1996.

              **Chairman, Hon. Ted O. Lympus**
              **Member, Hon. Jeffrey M. Sherlock**
              **Member, Hon. William Nels Swandal**

The Sentence Review Board wishes to thank Jared Braun for representing himself in this matter.